# Court of Appeals
# of the State of Georgia

ATLANTA,____June 15, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16D0388. MIKE REDFORD v. THE STATE.**

Mike Redford seeks discretionary review of the trial court's order denying his motion to recuse the trial judge. The State has filed a motion to dismiss the application for discretionary appeal based upon Redford's failure to follow the proper procedure for obtaining interlocutory review.

An order denying a motion to recuse is interlocutory. See *Murphy v. Murphy*, 322 Ga. App. 829, 830 (747 SE2d 21) (2013); OCGA § 5-6-34 (a). In order to appeal such an order, an applicant must comply with the interlocutory appeal procedure and obtain a certificate of immediate review. See OCGA § 5-6-34 (b). Although Redford filed a discretionary application, "[t]he discretionary appeal statute does not excuse a party seeking appellate review of an interlocutory order from complying with the additional requirements of OCGA § 5-6-34 (b)." *Bailey v. Bailey*, 266 Ga. 832, 833 (471 SE2d 213) (1996).

Redford's failure to follow the proper appellate procedure deprives us of jurisdiction to consider this application. See *Rolleston v. Glynn County Bd. of Tax Assessors*, 213 Ga. App. 552 (445 SE2d 345) (1994). Accordingly, the State's motion to dismiss is hereby GRANTED, and this application is DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* ___06/15/2016___
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*